## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Olegario Lares-De La Rosa**; DOB: 1993; Mexico<br>**Ivan Heriberto Borboa-Ruiz**; DOB: 1994; Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**22-05756MJ** |
| Complaint for violation of Title 18 United States Code 2(a) and 1203(a). Title 8 United States Code § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii) & 1324(a)(1)(B)(i); Title 18 United States Code § 922(g)(1) and 924(a)(2); Title 18 United States Code § 922(g)(5)(A) and 924(a)(2). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** From a date unknown to on or about April 8, 2022, in the District of Arizona, **Olegario Lares-De La Rosa** and **Ivan Heriberto Borboa-Ruiz**, did intentionally seize and detain and threaten to continue to detain certain illegal aliens, Jorge Portillo-Morales and Daniel Perez-Morales, in order to compel others to pay an amount of money, as a condition for the release of said aliens, or did aid and abet such offense, in violation of Title 18, United States Code, Section 2(a), and 1203(a).

**Count 2:** From a date unknown to on or about April 8, 2022, in the District of Arizona, **Olegario Lares-De La Rosa** and **Ivan Heriberto Borboa-Ruiz,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport and move certain illegal aliens, Jorge Portillo-Morales and Daniel Perez-Morales, within the United States by means of transportation or otherwise, and/or to conceal, harbor, or shield said illegal aliens, all within the United States, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

**Count 3:** On or about April 8, 2022, in the District of Arizona, **Ivan Heriberto Borboa-Ruiz**, knowing that he was an alien illegally present in the United States, did knowingly possess a semi-automatic pistol, a 9mm CZ P-07, in and affecting interstate or foreign commerce, all in violation of Title 18, United States Code, §§ 922(g)(5)(A) and 924(a)(2).

**Count 4:** On or about April 8, 2022, in the District of Arizona, **Olegario Lares-De La Rosa**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a semi-automatic pistol, a 9mm Zrodelta LLC, in and affecting interstate or foreign commerce, all in violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 7, 2022, in the District of Arizona, Homeland Security Investigations (HSI) received a message from a family member of illegal aliens Jorge Portillo-Morales and Daniel Perez-Morales. The individual said he knew his cousins were being smuggled from Mexico into the Unites States via Tucson, Arizona. On April 6, 2022, he had received a call from the phone number of one of his cousins and a male said they would be held until $8,000 for each was paid for their release. The male caller said he wanted the money delivered in person in Tucson. The family member said he was in New York and could not make it to Tucson to pay the money.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jorge Portillo-Morales & Daniel Perez-Morales

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA HNS/ | SIGNATURE OF COMPLAINANT<br>JAMES L QUISENBERRY  *Digitally signed by JAMES L QUISENBERRY Date: 2022.04.11 11:54:41 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>Homeland Security Investigations Agent |
| Sworn by telephone  x ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 11, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4, and 54

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:**

On April 7, 2022, the family member received another call, this time from a Phoenix area code number. The family member was instructed to deposit $8,000 into two separate bank accounts, and if he did so, his cousins would be released without harm. The family member was allowed to talk to the cousins who said they were taken at gunpoint in Tucson and were being held captive. HSI was able to obtain an emergency ping of the cellphone, which showed it was moving from Tempe to Tucson. In Tucson, the location information was too general to pinpoint a subject or vehicle. An undercover agent contacted the phone number and claimed to be a friend of the family in the Tucson area. The agent arranged a meeting with the caller in a Home Depot parking lot to exchange money for the release of the illegal aliens.

On April 8, 2022, **Ivan Heriberto Borboa-Ruiz** arrived for the meeting and got into the undercover agent's vehicle. **Borboa-Ruiz** counted the $16,000 and then made a phone call and confirmed he had the money. After the phone call, Portillo-Morales and Perez-Morales were released from a black Hyundai Accent and began walking toward the undercover agent's vehicle. **Borboa-Ruiz** exited the undercover vehicle and walked southbound through the parking lot until he was arrested by HSI. He had a loaded semi-automatic pistol, a 9mm CZ P-07, in his pocket.

The driver of the Hyundai, **Olegario Lares-De La Rosa**, attempted to flee the parking lot and crashed the Hyundai into a wash. During the flight, he threw a semi-automatic pistol, a 9mm Zrodelta LLC, out of the car. After crashing the car, he fled on foot until he was apprehended by HSI and Marana police officers.

Records checks revealed that Portillo-Morales and Perez-Morales are citizens of Mexico without proper immigration documentation to enter or remain in the U.S. legally.

Post-*Miranda*, **Borboa-Ruiz** stated he was merely helping out a friend by moving people from a house in South Tucson to Phoenix the day before and that day. He stated that he knew the people were in the United States without permission and that he was just helping them find a better life. He stated that he had seen Portillo-Morales and Perez-Morales earlier in the day at the house in South Tucson but was not with them in the Home Depot parking lot. He said he recognized the vehicle that Portillo-Morales and Perez-Morales were in as his girlfriend's car which he left at the house in South Tucson earlier that day. **Borboa-Ruiz** stated that he was given the gun by his friend who had dropped him off at the Home Depot and was there waiting for him to return with the money.

Post-*Miranda*, **Lares-De La Rosa** stated he was merely giving some people a ride and had no idea of any criminal activity besides the people he was giving a ride to presumably being in the country without permission. He stated a man had told him where to pick up the black Hyundai and where to pick up Portillo-Morales and Perez-Morales. He was instructed to drive them to the Home Depot. **Lares-De La Rosa** stated the gun fell out from under the front seat while he was driving, so he grabbed it and tossed it out of the car.

A review of **Lares-De La Rosa**'s criminal history showed he was convicted of Reentry of a Removed Alien, a felony, in Arizona District Court, Case number 2:16-cr-01255, on January 30, 2017. He was sentenced to 21 months of imprisonment. An ATF Firearms Nexus Expert has given a preliminary verbal that the 9mm Zrodelta LLC firearm was manufactured outside the State of Arizona, therefore affecting interstate commerce.

Records checks revealed that **Borboa-Ruiz** is a citizen of Mexico without proper immigration documentation to enter or remain in the U.S. legally. An ATF Firearms Nexus Expert has given a preliminary verbal that the 9mm CZ P-07 firearm was manufactured outside the State of Arizona, therefore affecting interstate commerce.