| | |
|---|---|
| 1 | GARY M. RESTAINO |
| | United States Attorney |
| 2 | District of Arizona |
| | Serra M. Tsethlikai |
| 3 | Assistant United States Attorney |
| | United States Courthouse |
| 4 | 405 W. Congress Street, Suite 4800 |
| | Tucson, Arizona 85701 |
| 5 | Telephone: 520-620-7300 |
| | Email: serra.tsethlikai@usdoj.gov |
| 6 | Attorneys for Plaintiff |

FILED

2022 MAY -4 PM 6: 34

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR22-00974 TUC-JGZ(JR)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Olegario Lares-De La Rosa,
(Counts 1-7)
Ivan Heriberto Borboa-Ruiz,
(Counts 1-6, 8)

    Defendants.

No.

**INDICTMENT**

VIO: 18 U.S.C. §§ 1203(a) and 2(a)
Count 1

18 U.S.C. §§ 1203(a) and 2(a)
Count 2

18 U.S.C. §§ 1203(a) and 2(a)
Count 3

18 U.S.C. §§ 1324(a)(1)(A)(v)(I); 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i) and Section 2(a)
Count 4

18 U.S.C. §§ 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i) and Section 2(a)
Count 5

18 U.S.C. §§ 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i) and Section 2(a)
Count 6

18 U.S.C. §§ 922(g)(1); and 924(a)(2)
Count 7

18 U.S.C. §§ 922(g)(5)(a); and 924(a)(2)
Count 8

18 U.S.C. §§ 924(d), 981(a)(1)(C), 982(a)(6) and (b)(1); 21 U.S.C. § 2461(c)
Forfeiture Allegation

**VICTIM CASE**

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about April 8, 2022, at or near Tucson and elsewhere, in the District of Arizona, **Olegario Lares-De La Rosa** and **Ivan Heriberto Borboa-Ruiz** did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons, known and unknown, to seize and detain and threaten to injure or continue to detain J. P-M. and D. P-M in order to compel a member of their family to pay money as an explicit or implicit condition for the release of the hostages, J. P-M. and D. P-M;

In violation of Title 18, United States Code, Sections 1203(a) and 2(a).

## COUNT 2

From a date unknown to on or about April 8, 2022, at or near Tucson and elsewhere in the District of Arizona, **Olegario Lares-De La Rosa** and **Ivan Heriberto Borboa-Ruiz** did knowingly and intentionally seize and detain and threaten to injure or continue to detain J. P-M. in order to compel a member of J. P-M.s' family to pay money as an explicit or implicit condition for the release of the hostage, J. P-M.;

In violation of Title 18, United States Code, Sections 1203(a) and 2(a).

## COUNT 3

From a date unknown to on or about April 8, 2022, at or near Tucson and elsewhere in the District of Arizona, **Olegario Lares-De La Rosa** and **Ivan Heriberto Borboa-Ruiz** did knowingly and intentionally seize and detain and threaten to injure or continue to detain D. P-M in order to compel a member of D. P-M.s' family to pay money as an explicit or implicit condition for the release of the hostage, D. P-M;

In violation of Title 18, United States Code, Sections 1203(a) and 2(a).

## COUNT 4

From a date unknown to on or about April 8, 2022, at or near Tucson and elsewhere, in the District of Arizona, **Olegario Lares-De La Rosa** and **Ivan Heriberto Borboa-Ruiz** did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move J. P-M. and D. P-M, illegal aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2(a).

## COUNT 5

From a date unknown to on or about April 8, 2022, at or near Tucson and elsewhere, in the District of Arizona, **Olegario Lares-De La Rosa** and **Ivan Heriberto Borboa-Ruiz** knowing and in reckless disregard of the fact that an alien, J. P-M., had come to, entered and resided in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2(a).

## COUNT 6

From a date unknown to on or about April 8, 2022, at or near Tucson and elsewhere, in the District of Arizona, **Olegario Lares-De La Rosa** and **Ivan Heriberto Borboa-Ruiz** knowing and in reckless disregard of the fact that an alien, D. P-M, had come to, entered and resided in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2(a).

## COUNT 7

On or about April 8, 2022, at or near Tucson, in the District of Arizona, the defendant, **Olegario Lares-De La Rosa**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, which are, a ZRODelta, model Modulus, 9x19mm caliber pistol, and 15 rounds of 9x19mm ammunition, in and affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(5)(a) and 924 (a)(2).

## COUNT 8

On or about April 8, 2022, at or near Tucson, in the District of Arizona, the defendant, **Ivan Heriberto Borboa-Ruiz**, knowing that he was an alien illegally and unlawfully present in the United States, did knowingly possess a firearm and ammunition, which are, a CZ, model P-07, 9x19mm caliber pistol, and 13 rounds of 9x19mm ammunition, in and affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(5)(a) and 924 (a)(2).

## FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 18, United States Code, Section 1203 set forth in Counts 1 through 3 of this Indictment, the defendants, Olegario Lares-De La Rosa and Ivan Heriberto Borboa-Ruiz, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of an offense in violation of Title 8, United States Code, Section 1324, alleged in Counts 4 through 6 of this Indictment, defendants Olegario Lares-De La Rosa and Ivan Heriberto Borboa-Ruiz, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6): (a) any conveyance, including any vessel,

vehicle, or aircraft, used in the commission of the offense; (b) any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and (c) any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense.

Upon conviction of an offense in violation of Title 18, United States Code, Section 922, alleged in Counts 7 through 8 of this Indictment, the defendants, Olegario Lares-De La Rosa and Ivan Heriberto Borboa-Ruiz, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one ZRODelta, model Modulus, 9x19mm caliber pistol, serial number AG0782, and accompanying magazine; one CZ, model P-07, 9x19mm caliber pistol, serial number C515465, and accompanying magazine; 14 rounds of 9x19mm ammunition bearing a CBC headstamp; 12 rounds of 9x19mm ammunition bearing a Blazer headstamp; and 2 rounds of 9x19mm ammunition bearing a Sellier & Bellot headstamp.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendants, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

///

///

//

/

*United States of America v. Olegario Lares-De La Rosa et al.*
*Indictment Page 5 of 6*

All pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(C), 982(a)(6) and (b)(1), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

*/ s /*

FOREPERSON OF THE GRAND JURY
Dated: May 4, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

*/ s /*

SERRA M. TSETHLIKAI
Assistant U.S. Attorney