UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | 22-CR-0974 |
| vs. | ) | |
| | ) | Tucson, Arizona |
| Olegario Lares-De La Rosa, | ) | May 25, 2022 |
| | ) | 3:29 p.m. |
|     Defendant. | ) | |
| _____ | ) | |

**TRANSCRIPT OF PROCEEDINGS**
**STATUS CONFERENCE**

BEFORE THE HONORABLE JACQUELINE M. RATEAU
UNITED STATES MAGISTRATE JUDGE
TUCSON, ARIZONA

<u>APPEARANCES</u>

For the Government:
    Serra Tsethlikai
    United States Attorneys Office
    405 West Congress Street, Suite 4800
    Tucson, Arizona 85701

For the Defendant:
    Charles Thomas
    Law Offices of Charles A. Thomas, PLC
    2921 North Grand Avenue, Suite 2
    Nogales, Arizona 85621

Transcribed by:

    Anni Bryan
    (520)205-4268

Proceedings digitally recorded
Transcript prepared by transcriptionist

**P R O C E E D I N G S**

\*   \*   \*

THE CLERK:  In criminal case number 22-00974, Olegario

Lares-De La Rosa and Ivan Heriberto Borboa-Ruiz, on for a

status conference regarding Daniel Perez-Morales and Jorge

Portillo-Morales.

Counsel, please state your appearance.

MS. TSETHLIKAI:  Good afternoon, Your Honor.  Serra

Tsethlikai for the United States.  This is my case.

THE COURT:  Good afternoon.

MR. THOMAS:  Good afternoon, Your Honor.  Charles

Thomas with the material witnesses.  They're present, assisted

by the interpreter.

THE COURT:  Thank you.  Good afternoon.

And good afternoon, Mr. Portillo-Morales and

Mr. Perez-Morales.

Counsel, Mr. Huerta is not present.  He did previously put

on the record that he does not object to the release of these

material witnesses but does object to the language in the

stipulation, and that's why he did not sign the stipulation.

So what I've asked is for pretrial to put together a

report.  They've done that.  And they do believe that there are

a combination of conditions to reasonably minimize the risk of

nonappearance.  However, they do need additional time to put

together some conditions for the Court and some information

1    about where these gentlemen will be living.

2        What is the government's position on that?

3            MS. TSETHLIKAI:  Your Honor, the government does

4    appreciate that pretrial services has done a lot of time on

5    this.  It was done at the last minute.  We were -- the

6    government was trying to procure these parole documents for

7    these witnesses because it is a more serious -- the charges are

8    more serious than what we see in typical alien smuggling cases.

9    This is not an alien smuggling case.  We have charged more

10   serious charges on top of alien smuggling, including hostage

11   taking, which has a life maximum, and so we do really want to

12   have the witnesses be present.

13       So we didn't think we would be able to get the parole

14   paperwork done.  Agent Gomez has really worked hard to get it

15   through, so we do have the parole documents in.  But we would

16   definitely want pretrial to observe, as well as make a

17   condition of the release that they also have to contact the

18   case agent because we need to know sooner than later if they're

19   missing because we do understand that this is going to be a

20   demand time trial.  We are going to be in trial, supposedly,

21   July 6th, which is our currently set trial date.  And as such,

22   we do want them to be present to testify, but we do agree with

23   pretrial that they -- everything should be set and that we're

24   all in a good place for that to happen.

25       So we have no problem with the continuance to June 1st so

1  that we know where they're going to be, where they're staying,

2  phone numbers and making sure that we can all contact them and

3  they be in contact with us for that purpose.

4         THE COURT:  Mr. Thomas, June 1st is the soonest I can

5  do it, and I think pretrial probably will appreciate the extra

6  time as well.

7         MR. THOMAS:  Judge, I do believe we have the contact

8  information.  We know the person.  I've talked to their

9  placement, and we have an address.  I've seen utility bills

10  that she sent me.  I mean, that's been -- we know where they're

11  going.

12         THE COURT:  But does pretrial have all of this

13  information?

14         MR. THOMAS:  I believe so.  I did provide it.  So we

15  know who they're going with, and we know --

16         PRETRIAL SERVICES OFFICER:  We do, Your Honor.

17  Actually, the person that Mr. Thomas provided is who is the

18  verification source for the bail report that Your Honor has.

19  The current recommendation of continued detention at this time

20  is just to secure transportation for them to New York.  As

21  expressed to Mr. Thomas, we have kind of some issues as far as

22  purchasing a bus ticket, getting that translated over to New

23  York, walking the mat wits over to the local bus station here,

24  some things pretrial doesn't normally do.  We've asked defense

25  counsel, and I've asked him also that maybe perhaps the Mexican

consulate could be of assistance because they have assisted in

other matters with those particular details.

      THE COURT:  Does pretrial typically supervise the

material witnesses and order that they stay in touch with you?

      PRETRIAL SERVICES OFFICER:  Correct.  And when they

are out of the state of Arizona, we have courtesy supervision

provided.

      THE COURT:  Okay.  Well, I certainly don't want them

just to be released to the street and then be walking around

not knowing where to go.  I think that would just be a horrible

situation for them after what they've already been through.

    So where are we now.  We're March 20th (sic).  I'm going to

give you June 1st at 3:10 for a release hearing, and we'll have

all the conditions drawn up by then.

      MR. THOMAS:  Judge, may I be heard?

      THE COURT:  Yes, of course.

      MR. THOMAS:  Just a few things.  It looks like bus

tickets one way between here and New York are a little over

$300, and I was wondering if the government will be paying for

their return passage.

      THE COURT:  That's another thing you'll have to work

out.  I know that there are motions that can be done for

sustenance -- that's what they're called -- but I know that

only with defendants.  I'm not sure with witnesses, who covers

what with the witnesses.

1    MS. TSETHLIKAI:  Your Honor, I can assure the Court

2  that as long as they stay in touch with us and we know where

3  they're at, the government will be paying for them to come back

4  to testify.  Those are witness fees.  We just need to have the

5  same information that pretrial has so that we can contact them,

6  make those arrangements.  Then they get their per diem.  All

7  those things we take care of.

8    THE COURT:  We're at the 25th now, so this is next

9  week.

10    MS. TSETHLIKAI:  Right.

11    THE COURT:  So it's not a very long time before the

12  release hearing, and I think that will let you folks work out

13  the details about their return and everything.

14    MR. THOMAS:  Just because my clients, when this was

15  going to take a little longer last time, their first instinct

16  was they wanted to just go back to Mexico.  I think it's

17  important that they know their release is not at issue now.  If

18  they wanted to choose to go to Mexico tonight or tomorrow, they

19  do have that right, instead of waiting until next week.

20    THE COURT:  Well, that's something that you've already

21  counseled them on, correct?  I'm just ordering their -- their

22  release has already been approved by the defense attorneys.  I

23  haven't signed the order releasing them yet.  So if they wanted

24  to go to Mexico instead, I would have to sign that order

25  releasing them, and then they would be returned to Mexico.

1    MR. THOMAS:  I didn't have a chance to talk to them,

2  Judge.  Can I ask them?

3    THE COURT:  Sure.  And if they decide to stay, make

4  sure they know that the government will be helping them with

5  transportation, that they will have a very serious obligation

6  to come back and testify, and that they'll have to be in

7  contact with pretrial services.  But otherwise, they will be

8  free to live in New York with their families.

9    PRETRIAL SERVICES OFFICER:  Judge, just one additional

10  detail so the material witnesses are also aware and the

11  government:  In speaking with (indiscernible name), who is the

12  proposed placement in New York --

13    THE COURT:  Hold on.  I want to make sure

14  Ms. Tsethlikai hears this.

15    Go ahead.

16    PRETRIAL SERVICES OFFICER:  In speaking with

17  (indiscernible name) in New York, who is the prospective

18  placement for the two gentlemen, we explained the fact of their

19  need to continue in these proceedings and at some point return

20  to Arizona for those.  So she voiced it, as well as saying the

21  support of other family members in the New York region that

22  would be assisting them as well, whether it be financial

23  assistance to transport back to Arizona at some point.  But

24  just so they're aware of that as well, that pretrial is aware

25  of not only (indiscernible name) being supportive, but other

1   family members as well.

2           THE COURT:  They're lucky to have such support.

3       Go ahead, Mr. Thomas.

4           MR. THOMAS:  Judge, both of my clients would prefer to

5   just go home, basically.

6           THE COURT:  I understand.  I think what we have to do,

7   then, in order for the government to later be able to prove

8   that they attempted to find them and the unavailability, is I'm

9   going to order that they provide contact information to the

10  government today, everything that they can, telephone numbers,

11  names of people that they live with, certainly the address that

12  they have, everything that they can possibly do so the

13  government can make an attempt to find them before the time of

14  trial.

15          MR. THOMAS:  Judge, we did that at the deposition.

16          THE COURT:  You did that already?

17          MR. THOMAS:  But if --

18          MS. TSETHLIKAI:  Wait.  The information in Mexico?

19  They're going back to Mexico, so what is their information in

20  Mexico so that we can reach them?

21          THE COURT:  That's what they need.

22          MR. THOMAS:  That's what I provided.

23          THE COURT:  Well, if it's been done, it's been done.

24  I'm just going to order that it happen before they're released.

25      Do I have a release form for their release?

1      MS. TSETHLIKAI:  I have one.  I will e-mail it to the

2  Court, and it will be done within five minutes of me going back

3  to my office.

4      THE COURT:  Okay.  I'm going to wait.  I might as

5  well.  That way, I can sign it.

6      MS. TSETHLIKAI:  You want me to go do it right now

7  while he gets the information?

8      THE COURT:  Yes.  Perfect.

9      MS. TSETHLIKAI:  I will do that.  Thank you.

10     (A recess was taken.)

11     THE COURT:  We're back on the record.

12   I just signed the separate orders for the release of each

13  of these material witnesses.

14   Good luck, gentlemen.

15   Does either party wish to put something on the record?

16     MS. TSETHLIKAI:  Your Honor, I would like to put on

17  the record that we did really work to try to get them to remain

18  in the United States so that they would be available to testify

19  at trial.  I understand that the information that has been

20  given to my case agent is an address.  We do not have any phone

21  number.  I don't even know -- do they use a phone number

22  somewhere?  Obviously, contacting them by phone and then making

23  arrangements to bring them up from Mexico we could do, but

24  we've got to be able to get in touch with them.

25     THE COURT:  What city is the address in?

1      UNIDENTIFIED SPEAKER:  Your Honor, so the address

2  provided is actually a -- they refer to it as a ranch in the

3  city of (indiscernible), which is in the state of Veracruz.  So

4  there's no specific address.  My understanding from speaking

5  with the witnesses is that once you get there, the population

6  is so -- it's such a small town that they would know where to

7  find them.

8      THE COURT:  I see.  And I will note that the

9  government was provided information about family members in New

10  York that perhaps can be contacted to attempt to get a better

11  address or phone number for trial.

12      MR. THOMAS:  Your Honor, we do have -- pretrial has, I

13  have, everyone has -- the phone number for Ms. Espindola

14  (phonetic) in New York.  She's a friend of the family, and I

15  believe, according to the pretrial officer, they live in the

16  same apartment complex.  I also have a phone number for

17  Mr. Perez-Morales's brother in New York.  However, he lacks

18  legal status.  He did not give me permission to share that

19  number.  I will keep this file.  When this case goes to trial,

20  I can try to make contact with him, but I don't feel

21  comfortable giving that phone number to the government right

22  now.

23      THE COURT:  Correct.  And then the government could

24  prepare a parole to parole them in for their testimony in the

25  event they are found, correct?

UNITED STATES DISTRICT COURT

1        MS. TSETHLIKAI:  Yes, but it will only be for the

2   trial.  They will be returned shortly thereafter.

3        THE COURT:  Yes, correct.

4     I think we're done, then.  Thank you, everybody.  Have a

5   nice evening.

6        (The proceedings were adjourned at 4:02 p.m.)

7                         *   *   *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# **C E R T I F I C A T E**

I, Anni Bryan, court-approved transcriber, certify that the foregoing is a correct transcript from the official digital sound recording of the proceedings in the above-entitled matter to the best of my ability.

Dated this 9th day of June 2022.


_____/s/Anni Bryan_____
Anni Bryan