CHRISTOPHER L. SCILEPPI
LAW OFFICE OF CHRISTOPHER L. SCILEPPI, P.L.L.C.
115 W. Washington St.
Tucson, Arizona 85701
Telephone: (520) 449-8446
Facsimile: (520) 449-8447
Email: info@scileppilaw.com
State Bar No: 021591
Attorney for Defendant Olegario Lares-De La Rosa



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OLEGARIO LARES-DE LA ROSA,<br><br>    Defendant | Case No.: 22-CR-00974-JGZ<br><br>DEFENDANT'S TRIAL BRIEF |

  COMES NOW, Defendant, Olegario Lares-De La Rosa, by and through undersigned counsel, and hereby files this Trial Brief in the above-referenced case.

  Respectfully submitted this 30th of January 2023

                */s/ Christopher L. Scileppi*
                Christopher L. Scileppi
                Attorney for Olegario Lares-De La Rosa

Certificate of Service: I certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Assistant United States Attorney
United States Attorney's Office
Tucson, Arizona

DEFENDANT'S TRIAL BRIEF - 1

## I. Statement of Facts

Mr. Lares-De La Rosa anticipates that the following facts will be testified to at trial in this matter:

A. On April 6, 2022, the Homeland Security Investigations ("HSI") tip line received information relating to two individuals who were allegedly kidnapped and being held hostage related to an Illegal Alien smuggling scheme.

B. On April 7, 2022, HSI agents conducted an investigation into the tip that had come in the previous day.

C. On April 8, 2022, HSI agents conducted an undercover sting operation at the Home Depot parking lot located at 3925 W. Costco Dr. in Tucson, Arizona.

D. That same date, Ivan Heriberto Borboa-Ruiz entered the vehicle of an undercover HSI agent and was handed $16,000.00 in U.S. currency.

E. That same date, Olegario Lares-De La Rosa was seen by agents driving a black Hyundai in the vicinity of the Home Depot parking lot.

F. HSI agents along with local law enforcement officers pursued Mr. Lares-De La Rosa and ultimately arrested him.

G. During their pursuit of Mr. Lares-De La Rosa, federal agents and/or local law enforcement officers observed Mr. Lares-De La Rosa throw a handgun out of the black Hyundai sedan.

H. Mr. Lares-De La Rosa was interrogated by HSI agents after his arrest and made a statement.

I. The illegal aliens who the government alleges were held hostage were interrogated by HSI agents and both made statements.

## II. Stipulations

Mr. Lares-De La Rosa will stipulate that the two aliens involved in this matter were in fact illegal aliens as defined by statute.

## III. Legal Issues

Mr. Lares-De La Rosa does not anticipate any legal issues arising during trial.

## IV. Evidentiary Issues

Mr. Lares-De La Rosa does not anticipate any evidentiary issues arising at trial. All exhibits Mr. Lares-De La Rosa intends to admit during trial have been disclosed by the government.

## V. Other Pertinent Issues

*Expert Testimony*

Mr. Lares-De La Rosa does not anticipate objecting to the testimony of a government witness as an expert in the field of Alien Smuggling Organizations.

## VI. Charts/Summaries

Mr. Lares-De La Rosa anticipates that there may be charts / summaries prepared by the government presented at trial.